AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| Joshuia Johnathon Luke Brown ) | 4:22-MJ-114 |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 28, 2022   in the county of   Muscogee   in the   Middle   District of   Georgia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 922(g) | Possession of a firearm by a prohibited person |
| Title 18, USC, 115 | Impeding a federal offical |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

s/ Miles Starr
*Complainant's signature*

S/A FBI Miles Starr
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on:.

Date:  08/01/2022

s/ Charles H. Weigle
*Judge's signature*

City and state:  Macon, GA

Charles H. Weigle, U.S. Magistrate Judge
*Printed name and title*