AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 4:22-MJ-114 |
|  | ) |
| Joshuia Johnathon Luke Brown | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshuia Johnathon Luke Brown                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

   Title 18, United States Code, Section 922(g)   Possession of a firearm by a prohibited person
   Title 18, United States Code, Section 115       Impeding a federal official

Date:   08/01/2022

City and state:   Macon, GA

s/ Charles H. Weigle
*Issuing officer's signature*

Charles H. Weigle, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*