# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 4:22-MJ-114** |
| | : | |
| **JOSHUIA BROWN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that document Arrest Warrant and Complaint in Case No. **4:22-MJ-114**, filed herein, shall be unsealed.

SO ORDERED, this 2nd day of August, 2022.

                                              s/ Charles Weigle
                                              CHARLES WEIGLE
                                              UNITED STATES MAGISTRATE JUDGE
                                              MIDDLE DISTRICT OF GEORGIA

Presented by:

*/s/ Chris Williams*
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY